PAUL J. ANDERSON, ESQ., NSB #709
MICHELLE RAFFERTY, ESQ., NSB #5097
KRISTEN D. MATTEONI, ESQ, NSB #14581
MAUPIN, COX & LEGOY
4785 Caughlin Parkway
Reno, Nevada 89519
(775) 827-2000 (Telephone)
(775) 827-2185 (Facsimile)
*Attorneys for Casha Kaufer, Individually,*
*and as Representative of the Estate of*
*Catherine G. Neighbors; Michael Robert Douglas,*
*Individually and as Representative of the*
*Estate of Catherine G. Neighbors*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| State Farm Life Insurance Company, an Illinois Corporation, | CASE NO.   3:19-cv-00658-LRH-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT** |
| v. | |
| The Estate of Catherine G. Neighbors; Casha Kaufer, Individually, and as Representative of the Estate of Catherine G. Neighbors; Michael Robert Douglas, Individually and as Representative of the Estate of Catherine G. Neighbors; Laura Drucker; Susan Cossette; DOES I through X, inclusive; and ROE Corporation XI through XX, Inclusive, | **[FIRST REQUEST]** |
| Defendants. | |

Plaintiff, State Farm Insurance Company, an Illinois Corporation ("Plaintiff") and

Defendants, Casha Kaufer, individually and Michael Robert Douglas, individually, by and

through their respective undersigned counsel of record, hereby stipulate as follows:

/ / /

1

1.  No prior extensions have been granted in the above-referenced matter.

2.  Plaintiff filed its Complaint on October 30, 2019.

3.  Defendant, Michael Robert Douglas, ("Douglas") was served in his individual capacity only on or about November 15, 2019.

4.  An answer or responsive pleading to the Complaint is currently due for Douglas, individually, on or before December 6, 2019.

5.  Defendant, Casha Kaufer, ("Kaufer") was served in her individual capacity only on or about November 21, 2019.

6.  An answer or responsive pleading to the Complaint is currently due for Kaufer, individually, on or before December 12, 2019.

7.  The requested extension allows counsel for Defendants, Douglas and Kaufer, additional time to meet and confer with Defendants to formulate a responsive pleading.

8.  At this time the Estate of Catherine G. Neighbors has not been served and neither Defendants Douglas nor Kaufer are authorized to accept service on behalf of the Estate.

9.  Defendants, Douglas and Kaufer, shall have up to and including January 6, 2019 within which to file their responsive pleadings to the Complaint in the above-referenced matter.

///

///

///

///

///

///

///

Dated this 26th day of November, 2019.

MAUPIN, COX & LEGOY

By: __/s/ Paul J. Anderson__
    PAUL J. ANDERSON, ESQ.
    Nevada State Bar #709
    MICHELLE RAFFERTY, ESQ.
    Nevada State Bar #5097
    KRISTEN D. MATTEONI, ESQ.
    Nevada State Bar #14581
    4785 Caughlin Parkway
    Reno, NV 89519
    panderson@mcllawfirm.com
    mrafferty@mcllawfirm.com
    kmatteoni@mcllawfirm.com
    Tel.: (775) 827-2000
    Fax: (775) 827-2185
    *Attorneys for Defendants*

Dated this 26th day of November, 2019.

MCCORMICK BARSTOW, LLP

By: __/s/ Michael A. Pintar__
    MICHAEL A. PINTAR, ESQ.
    Nevada State Bar #3789
    241 Ridge Street, Suite 300
    Reno, Nevada 89501
    Michael.pintar@mccormickbarstow.com
    Tel: (775) 333-0400
    Fax: (775) 333-0412
    *Attorneys for Plaintiff*

    **IT IS SO ORDERED**.

    Dated: November 27, 2019.

                William G. Cobb
                UNITED STATES MAGISTRATE JUDGE