*F. McClure Wallace, Esq.*
Nevada Bar No.: 10264
*Patrick R. Millsap, Esq.*
Nevada Bar No.: 12043
*WALLACE & MILLSAP*
510 W Plumb Ln., Ste. A
Reno, Nevada 89509
(775) 683-9599
mcclure@wallacemillsap.com
patrick@wallacemillsap.com
Attorneys for Defendants Laura Drucker
and Susan Cossette

# UNITED STATE DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **STATE FARM LIFE INSURANCE COMPANY,** and Illinois Corporation<br><br>Plaintiff,<br><br>v.<br><br>**THE ESTATE OF CATHERINE G. NEIGHBORS**; **CASHA KAUFER**, Individually, and as Representative of the Estate of Catherine G. Neighbors; **MICHAEL ROBERT DOUGLAS**, Individually and as Representative of the Estate of Catherine G. Neighbors; **LAURA DRUCKER**, **SUSAN COSSETTE; DOES I THROUGH X;** and **ROE CORPORATIONS XI THROUGH XX**, inclusive,<br><br>Defendants. | Case No.: 3:19-cv-00658-LRH-WGC<br><br>**STIPULATION AND ORDER TO EXTEND LAURA DRUCKER AND SUSAN COSSETTE'S DEADLINE TO ANSWER, OR OTHERWISE, RESPOND TO PLAINTIFF'S COMPLAINT FOR INTERPLEADER AND FOR DECLARATORY RELIEF**<br><br>**(FIRST REQUEST)** |

Defendants Laura Drucker and Susan Cossette (hereby "Defendants"), by and through their counsel of record, McClure Wallace, Esq. and Patrick Millsap, Esq. of Wallace & Millsap, and Plaintiff State Farm Life Insurance Company (hereby "Plaintiff"), by and through its legal counsel of record Michael A. Pintar, Esq. of

1  McCormick, Barstow, Sheppard, Wayte & Carruth, hereby stipulate to allow
2  Defendants until **January 6, 2020** to answer, or otherwise, respond to Plaintiff's
3  Complaint in Interpleader and for Declaratory Relief filed on October 30, 2019.

This is the first stipulation requesting an extension of time for Defendants to file an answer, or otherwise, respond to Plaintiff's Complaint in Interpleader and for Declaratory Relief.

Counsel certify this request is made for good-cause and not for the purpose of undue delay.

| DATED: November 27, 2019 | DATED: November 27, 2019 |
|---|---|
| By: /s/ *F. McClure Wallace* | By: /s/ *Michael A. Pintar* |
| F. McClure Wallace, Esq. | Michael A. Pintar, Esq. |
| State Bar No.: 10264 | Nevada Bar No. 3789 |
| Patrick R. Millsap, Esq. | MCCORMICK, BARSTOW, SHEPPARD, |
| Nevada Bar No.: 12043 | WAYTE & CARRUTH LLP |
| WALLACE & MILLSAP LLC | 241 Ridge Street, Suite 300 |
| 510 W Plumb Lane, Suite A | Reno, NV 89501 |
| Reno, NV 89509 | *Attorney for Plaintiffs* |
| *Attorneys for Defendants* | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# ORDER

The Court hereby grants the Parties' Stipulation to Extend Defendants Laura Drucker and Susan Cossette's Deadline to Answer, or Otherwise, Respond to Plaintiff's Complaint in Interpleader and Declaratory Relief. Defendants shall have until **January 6, 2020** to file an answer, or otherwise, respond to Plaintiff's Complaint in Interpleader and Declaratory Relief.

**IT IS SO ORDERED.**

Dated: December 2, 2019.

_William G. Cobb_
United States Magistrate Judge