|   |   |   |
|---|---|---|
| | **UNITED STATES DISTRICT COURT** | |
| | **DISTRICT OF NEVADA** | |
| | STATE FARM LIFE INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>THE ESTATE OF CATHERINE G. NEIGHBORS, et. al.,<br><br>Defendants | Case No.: 3:19-cv-00658-LRH -WGC<br><br>**Order**<br><br>Re: ECF No. 11 |

The substitution of counsel indicating that Kent R. Robison and Therese M. Shanks of Robison, Sharp, Sullivan & Brust will be substituted in as counsel of record for Casha Kaufer and Michael Robert Douglas (ECF No. 11) is **APPROVED** under Local Rule IA 11-6(c).

**IT IS SO ORDERED**.

Dated: December 20, 2019

*William G. Cobb*
William G. Cobb
United States Magistrate Judge