*F. McClure Wallace, Esq.*
Nevada Bar No.: 10264
*Patrick R. Millsap, Esq.*
Nevada Bar No.: 12043
WALLACE & MILLSAP
510 W Plumb Ln., Ste. A
Reno, Nevada 89509
(775) 683-9599
mcclure@wallacemillsap.com
patrick@wallacemillsap.com
Attorneys for Defendants Laura Drucker
and Susan Cossette

## UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **STATE FARM LIFE INSURANCE COMPANY,** and Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**THE ESTATE OF CATHERINE NEIGHBORS**; **CASHA KAUFER**, Individually, and as Representative of the Estate of Catherine G. Neighbors; **MICHAEL ROBERT DOUGLAS**, Individually and as Representative of the Estate of Catherine G. Neighbors; **LAURA DRUCKER**, **SUSAN COSSETTE; DOES I THROUGH X;** and **ROE CORPORATIONS XI THROUGH XX**, inclusive,<br><br>Defendants. | Case No.: 3:19-cv-00658-LRH-WGC<br><br>**STIPULATION TO PARTICIPATE IN SETTLEMENT CONFERENCE AND FOR STAY OF ALL DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |
| **CASHA KAUFER**, Individually, and as Representative of the Estate of Catherine G. Neighbors; **MICHAEL ROBERT DOUGLAS**, Individually and as | |

| | |
|---|---|
| 1 | Representative of the Estate of Catherine G. Neighbors, |
| 2 | |
| 3 | Counterclaimants, |
| 4 | vs. |
| 5 | **STATE FARM LIFE INSURANCE COMPANY,** and Illinois Corporation, |
| 6 | |
| 7 | Counterdefendant. |
| 8 | |
| 9 | **THE ESTATE OF CATHERINE NEIGHBORS**; **CASHA KAUFER**, Individually, and as Representative of the Estate of Catherine G. Neighbors; and **MICHAEL ROBERT DOUGLAS**, Individually and as Representative of the Estate of Catherine G. Neighbors |
| 13 | Cross-Claimants, |
| 14 | vs. |
| 15 | **LAURA DRUCKER**, individually, and **SUSAN COSSETTE,** individually, |
| 17 | Cross-Defendants. |
| 18 | **LAURA DRUCKER**, individually, and **SUSAN COSSETTE,** individually, |
| 20 | Cross-Claimants, |
| 22 | vs. |
| 23 | **THE ESTATE OF CATHERINE NEIGHBORS**; **CASHA KAUFER**, Individually, and as Representative of the Estate of Catherine G. Neighbors; and **MICHAEL ROBERT DOUGLAS**, Individually and as Representative of the Estate of Catherine G. Neighbors |
| 27 | Cross-Defendants. |

Wallace & Millsap
510 W Plumb Ln., Reno, Nevada / (775) 683-9599

1 Defendants/Cross-Defendants/Cross-claimants Laura Drucker and Susan
2 Cossette, by and through their counsel of record, McClure Wallace, Esq. and Patrick
3 Millsap, Esq. of Wallace & Millsap, Defendants/Counterclaimants/Cross-Defendants
4 Casha Kaufer and Michael Robert Douglas, by and through their counsel of record,
5 Therese Shanks, Esq. of Robison, Sharp, Sullivan Brust, and
6 Plaintiff/Counterdefendant State Farm Life Insurance Company, by and through its
7 legal counsel of record Michael A. Pintar, Esq. of McCormick, Barstow, Sheppard,
8 Wayte & Carruth (hereby collectively referred to as the "Parties"), hereby stipulate
9 to participate in a settlement conference, and stay discovery deadlines subject to the
10 outcome of a settlement conference in this matter. More specifically the Parties agree
11 as follows:

12 1. The Parties agree to participate in a settlement conference before the
13 Honorable Carla Baldwin. The Parties identify Judge Baldwin as an
14 agreeable officiant for a settlement conference given the early stage of this
15 matter to ensure Judge Cobb is able to address any and all discovery
16 disputes that could arise in the future.

17 2. The Parties agree to contact Judge Baldwin's chambers within 10 days of
18 the entry of an order approving this stipulation and schedule a settlement
19 conference within 120 days. The 120-day time frame is presented not to
20 cause delay, but simply to allow the Parties some flexibility in scheduling
21 the settlement conference given the unique circumstances presented by the
22 COVID-19 pandemic, as well as to allow for the collection of pertinent
23 medical records.

24 3. All discovery deadlines are stayed, but the Parties may continue discovery
25 as they deem appropriate.

26 4. In the event the settlement conference in unsuccessful, the Parties agree to
27 contact chambers within 10 days for the purpose of resetting all applicable
28 discovery deadlines.

This is the Parties' first request to stay or otherwise continue the discovery deadlines in this matter. Counsel certify this request is made for good-cause and not for the purpose of undue delay.

DATED: May 28, 2020.

WALLACE & MILLSAP

By: /s/ *F. McClure Wallace* .
F. McClure Wallace, Esq.
State Bar No.: 10264
Patrick R. Millsap, Esq.
Nevada Bar No.: 12043
510 W Plumb Lane, Suite A
Reno, NV 89509
*Attorneys for Defendants Laura Drucker and Susan Cossette*

DATED: May 28, 2020

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH

By: /s/ *Michael A. Pintar* .
Michael A. Pintar, Esq.
Nevada Bar No. 3789
241 Ridge Street, Suite 300
Reno, NV 89501
*Attorney for State Farm Insurance Company*

DATED: May 28, 2020.

ROBISON, SHARP, SULLIVAN & BRUST

By: /s/ *Therese M. Shanks* .
Therese M. Shanks, Esq.,
SBN 12890
71 Washington Street
Reno, NV 89503
tshanks@rssblaw.com
Tel: (775) 329-3151
*Attorneys for Casha Kaufer Michael Douglas*

**ORDER**

The Court hereby grants the Parties' Stipulation to Participate in a Settlement Conference and Request for Stay of Discovery Deadlines. The Parties shall have 120 days after entry of this Order to participate in a Settlement Conference before the Honorable Carla Baldwin, unless a longer period of time is needed to schedule the settlement conference to accommodate Judge Baldwin's calendar. All scheduling order deadlines are **VACATED** to be re-set 120 days from the date of this order.

**IT IS SO ORDERED.**

Dated this 28th day of May, 2020.

_William G. Cobb_
United States Magistrate Judge