1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

8

DISTRICT OF NEVADA

9

10  STATE FARM LIFE INSURANCE COMPANY,
    an Illinois corporation,

11          Plaintiff,                          **Case No: 3:19-cv-00658-LRH-WGC**

12  vs.

13  THE ESTATE OF CATHERINE G.                  **STIPULATION AND ORDER FOR**
    NEIGHBORS; CASHA KAUFER, Individually       **DISMISSAL WITH PREJUDICE**

14  and as Representative of the Estate of Catherine
    G. Neighbors; MICHAEL ROBERT DOUGLAS,

15  Individually and as Representative of the Estate of
    Catherine G. Neighbors; LAURA DRUCKER;

16  SUSAN COSSETTE; DOES I through X,
    inclusive; and ROE CORPORATIONS XI

17  through XX, inclusive,

18          Defendants.
    _____/

19  CASHA KAUFER, Individually and as
    Representative of the Estate of Catherine G.

20  Neighbors; MICHAEL ROBERT DOUGLAS,
    Individually and as Representative of the Estate of

21  Catherine G. Neighbors,

22          Counterclaimants/Cross-Claimants

23  vs.

24  STATE FARM LIFE INSURANCE COMPANY,
    an Illinois Corporation; LAURA DRUCKER; and
    SUSAN COSSETTE,

25          Counterdefendants/Cross-Defendants

26  _____/

27  LAURA DRUCKER, individually, and SUSAN
    COSSETTE, individually,

28          Cross-Claimants,

1

1

2    vs.

3    THE ESTATE OF CATHERINE G.
     NEIGHBORS; CASHA KAUFER, individually
4    and as Representative of the Estate of Catherine
     G. Neighbors; and MICHAEL R. DOUGLAS,
5    individually and as Representative of the Estate of
     Catherine G. Neighbors,

6              Cross-Defendants.

7    _____/

8

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

9
         The parties, having appeared before the Honorable Carla Baldwin on September 23, 2020
10
     for a settlement conference, agree and stipulate to dismiss this matter with prejudice, with all
11
     parties to bear their own attorney fees and costs.
12

13   Dated this 23rd day of October, 2020          Dated this 23rd day of October, 2020

14   McCORMICK, BARSTOWN, SHEPPARD              ROBISON SHARP SULLIVAN & BRUST
     WAYTE & CARRUTH, LLP                       A Professional Corporation
15   241 Ridge Street, Ste. 300                 71 Washington Street
     Reno, Nevada 89501                         Reno, Nevada 89503
16

17     /s/Michael A. Pintar                       /s/Therese M. Shanks
18   MICHAEL A. PINTAR, ESQ. – NSB #3789       KENT R. ROBISON, ESQ.–NSB #1167
     *Attorney for Plaintiff/Counterdefendant State*   THERESE M. SHANKS, ESQ.–NSB #12890
19   *Farm Life Insurance Corporation*          *Attorneys for Defendants/Counterclaimants/*
                                                *Cross-Defendants, Casha Kaufer and*
20                                              *Michael Robert Douglas*

21   Dated this 23rd day of October, 2020

22
     WALLACE & MILLSAP
23   510 W. Plumb Lane, Ste. A
     Reno, Nevada 89509
24

25     /s/Patrick R. Millsap
26   F. MCCLURE WALLACE, ESQ.–NSB #10264
     PATRICK R. MILLSAP, ESQ.–NSB #12043      **SEE NEXT PAGE**
27   *Attorneys for Defendants/Counterclaimants/*   **FOR ORDER**
     *Cross-Defendants, Laura Drucker and*
28   *Susan Cossette*

2

1

**ORDER**

2      IT IS SO ORDERED.

3

4      DATED this 27th day of October, 2020.

5      _____
       LARRY R. HICKS

6      UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28